## In the United States District Court for the District of Columbia

Samuel H. Mwabira-Simera *et al*  }
~~P.O. Box 1405~~  }
Washington, DC 20013  }
        Plaintiffs  }

Vs  }

Sodexho Marriot Mangement Servises *et a,*  }
Attn.Ardra M.O'Neal  }
Senior Attorney, Labor & Employment Law  }
9801 Washingtonian Blvd  }
Gaithersburg, MD 20678  }

        Defendants  }

**FILED**

**NOV 3 0 2006**

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

Civil Action#.  **06 2052**

### Motion requesting Court to request Counsel represent Plaintiff

Pursuant to Federal Civil Procedure Rule 28 § 1915 4(e)(1) which allows any person unable to afford counsel in a Federal Civil Suit, Plaintiff's motion for good cause hereby prays that the court requests an attorney to represent him in the law suit.

Respectfully submitted

Samuel H. Mwabira-Simera
P.O. Box 1405
Washington District of Columbia 20013
(202) 635-0595
Plaintiff

**RECEIVED**

OCT 3 0 2006

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

4