UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SAMUEL H. MWABIRA-SIMERA, *et al.* ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| vs. ) | Civil Action No. 06-2052 (RWR) |
| ) | |
| SODEXHO MARRIOT MANAGEMENT ) | |
| SERVICES, *et al.*, ) | |
| ) | |
| Defendants. ) | |

## NOTICE OF APPEARANCE

Please take notice that Stefan Shaibani of the law firm of Litigation Associate, PLLC enters his appearance as counsel of record for plaintiff Samuel Mwabira-Simera and requests that all documents in this case be sent to his attention.


Dated: December 13, 2006          /s/ Stefan Shaibani
                                  Stefan Shaibani (Bar No. 490024)
                                  LITIGATION ASSOCIATE, PLLC
                                  1150 Connecticut Avenue, N.W.
                                  Suite 900
                                  Washington, DC 20036
                                  Tel:  (202) 862-4335
                                  Fax: (202) 828-4130

                                  *Attorney for Plaintiff Samuel Simera*

<u>CERTIFICATE OF SERVICE</u>

I hereby certify that on December 13, 2006, I electronically filed "NOTICE OF APPEARANCE" and that service was thus made upon defendants' counsel listed below:

Todd Horn
Venable, LLP
1800 Mercantile Bank & Trust Building
Two Hopkins Plaza
Baltimore, MD 21201
Tel: 410-244-7400
Fax: 410-244-7742
*Counsel for Defendants*

<u>/s/ Stefan Shaibani</u>