UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SAMUEL H. MWABIRA-SIMERA, *et al.* | ) |
| | ) |
| Plaintiffs, | ) |
| | ) |
| vs. | ) Civil Action No. 06-2052 (RWR) |
| | ) |
| SODEXHO MARRIOT MANAGEMENT SERVICES, *et al.*, | ) |
| | ) |
| Defendants. | ) |

**PLAINTIFF SIMERA'S MOTION FOR
LEAVE TO FILE FIRST AMENDED COMPLAINT**

Plaintiff Samuel Mwabira-Simera, through his counsel, respectfully requests leave of Court to file a first amended complaint in the above-captioned matter. The undersigned counsel was retained in this case after plaintiff filed his complaint. Plaintiff intends to file a first amended complaint now that he has retained counsel. In light of counsel's need to conduct additional witness interviews and prepare a well-pleaded complaint, and because of the upcoming holidays, plaintiff respectfully requests the Court's leave to file a first amended complaint by January 4, 2007.

Respectfully submitted,

Dated: December 13, 2006

/s/ Stefan Shaibani
Stefan Shaibani (Bar No. 490024)
LITIGATION ASSOCIATE, PLLC
1150 Connecticut Avenue, N.W.
Suite 900
Washington, DC 20036
Tel: (202) 862-4335
Fax: (202) 828-4130

*Attorney for Plaintiff Samuel Simera*

CERTIFICATE OF SERVICE

I hereby certify that on December 13, 2006, I electronically filed "PLAINTIFF'S MOTION FOR LEAVE TO FILE FIRST AMENDED COMPLAINT" and that service was thus made upon defendants' counsel listed below:

Todd Horn
Venable, LLP
1800 Mercantile Bank & Trust Building
Two Hopkins Plaza
Baltimore, MD 21201
Tel: 410-244-7400
Fax: 410-244-7742
*Counsel for Defendants*

/s/ Stefan Shaibani

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SAMUEL H. MWABIRA-SIMERA, *et al.* )<br>)<br>Plaintiffs, )<br>)<br>vs. )<br>)<br>SODEXHO MARRIOT MANAGEMENT )<br>SERVICES, *et al.*, )<br>)<br>Defendants. )<br>_____) | Civil Action No. 06-2052 (RWR) |

PROPOSED ORDER

Upon consideration of plaintiff Samuel Mwabira-Simera's motion for leave to file first amended complaint, it is hereby

ORDERED that plaintiff's motion is GRANTED; it is further

ORDERED that plaintiff shall file his first amended complaint by January 4, 2006.

Dated: _____, 2006          _____
                                             Judge