UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| SAMUEL H. MWABIRA-SIMERA, et al., | ) ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) ) | Civil Action No. 06-2052 (RWR) |
| SODEXHO MARRIOTT MANAGEMENT SERVICES, et al., | ) ) ) ) | |
| Defendants. | ) ) | |

### ORDER

Plaintiff's retained counsel has filed a motion to withdraw. The motion is in compliance with LcvR 83.6; however, plaintiff has not informed the Court whether he will be proceeding *pro se* or intends to obtain new counsel. Accordingly, it is hereby

ORDERED that the motion to withdraw as counsel [9] is GRANTED.  It is hereby

FURTHER ORDERED that within ten (10) days the plaintiff shall inform the Court whether he intends to proceed *pro se* or retain new counsel.

```
                         _____/s/_____
                         RICHARD W. ROBERTS
                         United States District Judge
```

DATE: July 3, 2007