*Leave to file GRANTED.*
*Mwabira, 7/3/07*
*USDJ*

RECEIVED
U.S. DISTRICT COURT
DISTRICT OF COLUMBIA

2007 JUN 12 AM 9:01

NANCY M.
MAYER-WHITTINGTON

In the United States District Court for the District of Columbia

| | |
|---|---|
| Samuel H. Mwabira-Simera } | |
| And } | |
| Esther E. Mutonyi-Simera } | |
|       Plaintiffs } | |
| Vs } | Civil Action#:062052 (RWR) |
| Sodexho Marriot Management Services et al, } | |
|       Defendants } | |

**Plaintiff has been misrepresented by Counsel Stefan Shaibani esq.**

This is Plaintiffs motion in response to Mr.Stefan Shaibani of Litigation Association, PLLC intent to withdraw as counsel to Plaintiff is a subject to Court's decision because of Mr. Shaibani's misrepresentation on Plaintiffs. Plaintiffs requested Counsel Shaibani after Mr. Shaibani put up an advisements in the Examiner News paper-seeking clients. Plaintiffs and Counsel agreed to work together and various communications were made. Plaintiffs were assigned to Mr.Shaibani's Associate Ms Shabnam Keyvan.

    In February 2007, Shabnam told Plaintiffs that Mr. Shaibani is going to negotiate for a settlement with Sodexho Marriot Management Services for $25000 because Plaintiffs do not know English and that they first all register for a first course in English, and Mwabira-Simera's yearly income is only $12000. She stated that Mr.Shaibani will withdraw if Plaintiffs do not say "yes" to this deal. (Exhibit 1). Plaintiffs lacking an English translator and it would be too late to register for the first course in English, agreed to the deal. Plaintiffs were surprised with the misrepresentation that they failed to communicate with Mr.Shaibani. Hence Plaintiffs leave this issue to Court to decide on Mr.Shaibani's motion to withdraw.

Respectively

Samuel H. Mwabira-Simera
And
Esther E. Mutonyi-Simera
P.O. Box 1405
Washington DC 20013
(202) 635-0595
Plaintiffs

CERTIFICATE OF SERVICE

I hereby certify that the motion to Court for a good cause to decide on Mr.Stefan Shaibani of Litigation Association, PLLC withdraw was mailed by first class on 07/9/2007 to Counsel Mr.Stefan Shaibani esq.1150 Connecticut Avenue. NW Suite 900, Washington, D.C. 20019

**By First Class mail, fax,phone,and electronic mail**

May 2nd, 2007

To: Stefan Shaibani esq.
   Litigation Associate, PLLC,
   Connecticut Building,
   Ninth Floor,
   1150 Connecticut Avenue, N.W.
   Washington D.C. 20036
   Tel:(202)-862-4335
   Fax:(202)-828-4130


From: Samuel H>Mwabira-Simera "Mwasi"
   P.O.Box 1405
   Washington D.C. 20013
Tel:   (202) 635-0595

Subject: **Mwabira-Simera and Mutonyi-Simera v. Sodexho Marriott Management Services:CA.#:062052.**

Sir\Madam,

Thanks for your letter of April 27th, 2007, attached to a form for me to sign authorizing you to negotiate and execute a settlement agreement on our behalf. The language phrase contained in this intended execution includes "to settle any and all claims" as such I am returning this form for correction if to the best of your wisdom and ability are interested in settling this claims of the second retaliation CA.#:062052 for $25,000.

In the past communications with you and or your associate Shabnam Keyvan which hereby is attached, I indicated you can proceed in settling the second retaliation CA.#:062052 which is at hand. The language phrase "to settle any and all claims" has to be replaced with a language phrase that addresses and points with specific reference to "settling claims of the second retaliation CA.#:062052".

My daughter talked to you and or your associate who followed my written communication by electronic mail, fax, and by means of post office pointing out that, other cases which involved John Simera-Nandala v. Sodexho et al and Howard et al are legally active which marked the very egregious and persistent behavior. Further I am undergoing treatment leading to possible multiple surgeries as a result of accident on work for Sodexho's negligence and disregard of and or by reason of serious and willful misconduct in violation of an occupation and safety measures which is under representation of another group.


Respectively

**Simera m-simera <mwasimwas@yahoo.com>** wrote:

To: Shabnam Keyvan

   Litigation Associate, PLLC

   1150 Connecticut Avenue, NW

   Suite 900

   Washington DC 20019


From: Samuel H. Mwabira-Simera "Mwasi"

   P.O. Box 1405

   Washingtn DC 20013


Subject: Mwabira-Simera & Esther Mutonyi-Simera v. Sodexho


Sir\Madam


   Thanks for your letter informing me of your intention to settle for $25,000 otherwise you withdraw your representation. At the same time You stated that you had diffucult to reach me. For this is not true because bellow is a continuation of contact between you and ourselves.

   Sometime you and I talked on phone with a possibility of setting the minimum of about $100,000 amount I wanted to settle but because you insisted you do not understand my language [English] you of course could not know what I had said to you. You had told me that at the best of your wisdom and ability $25,000 is all you could come up with. Now that you threatening to withdraw, well we have to leave to you to go ahead. I will be talking to you trhough my daughter, good enough she is a witness so that or may avoid any future misundurstand between us.

   The other thing is that, the settlement is about the second retaliation EEOC case. The first EEOC cases whereby John E. Simera-Nandala, and howard University were involved in have been appealed to the Supreme Court and you can raise it to Court to avoid any future conflict.

**Shabnam <shabnam@litigationassociate.com>** wrote:

Mr. Simera,

There really is no reason for you to come here with your daughter to meet with either Stefan or myself to determine what your course of legal representation will be. All we really need from you is an answer as to whether or not you would be willing to accept a $25,000 settlement, if it were to be offered by the opposing side. If your answer is no, then Stefan will withdraw as your counsel and you are free to retain another attorney to provide you with legal representation. If your answer is yes, then Stefan will be happy to proceed with your case.

Stefan's legal representation of you is contingent on your willingness to accept a $25,000 settlement should it be offered and this is not up for negotiation. Please inform us of your decision by the end of this week.

Regards,

Shabnam

Shabnam Keyvan, Student Associate

(Practice Limited to Maryland Courts)

Litigation Associate, PLLC

1150 Connecticut Avenue, NW

Suite 900

Washington, DC 20036

Tel: (202) 862-4361

Fax: (202) 828-4130

shabnam@litigationassociate.com

**From:** Simera m-simera [mailto:mwasimwas@yahoo.com]
**Sent:** Tuesday, April 24, 2007 4:39 AM
**To:** Shabnam
**Subject:** Re: Lawsuit with Sodexho


To:"Shabnam" shabnam@litigationassociate.com
   Litigation Association


Subject: Meeting on Friday on Lawsuit with Sodexho


Sir\Madam

I am requesting for a meeting with you people on the above subject on Friday at 9:30 am. Based on your statement that you did not understand [lack of skills in English] anything, I talked to you, I will bring Ms Esther Mutonyi-Simera [my daughter] who happens to be a witness in this case and She was awarded a United States Presendential Academy of Excellence and United States American Accademy of Excellence among other awards to translate to you from my language to avaoid any further discrepencies.


Please let me know if this is convinient for you.

Respectively

Samuel H.Mwabira-Simera "Mwasi"
*Simera m-simera <mwasimwas@yahoo.com>* wrote:
Hello Shaban esq.

   Let me thank you for this information.I remember we talked on phone about this offer, though you claimed I do not understand English that I should register for first course in English.I hope you can read this reply to your e-mail without an interpreter.

   However, this issue is the subject matter on the transparence of the case. To be discrimanted, retaliated, bullied and harrassed is a violation of the statutory protected class and languange [English] skills do not account, but it is fairness that accounts.As I had told you, I did file this lawsuit myself in English, and I

am just trying think about this offer. It is a small offer. I hope to get back to you soon and or How soon would want the reply.

Respectively

**Shabnam <shabnam@litigationassociate.com>** wrote:

Dear Mr. Simera:

　　　Please contact us your earliest convenience and let us know whether or not you would be willing to agree to a $25,000 mediation settlement. If you do not agree to this amount should it be offered in the settlement negotiations, then Stefan will not be able to continue as your legal representative and will withdraw as counsel. I can be reached by e-mail or by telephone (202) 862-4361 and Stefan can be reached at (202)862-4335 as well as (202) 277-8892. Please let us know of your decision by close of business today.

Regards,

Shabnam Keyvan

Shabnam Keyvan, Student Associate

(Practice Limited to Maryland Courts)

Litigation Associate, PLLC

1150 Connecticut Avenue, NW

Suite 900

Washington, DC 20036

Tel: (202) 862-4361

Fax: (202) 828-4130

shabnam@litigationassociate.com