## UNITED STSTES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

Samuel H. Mwabira-Simera et al.,  }
And                                }
Esther E.Mutonyi-Simera represented by }
Olivia I. Simera by power of Attorney }
              Plaintiffs  }
                 Vs  } Case No. 06- Ca2052 (RWR)
Sodexho Marriott Management Services et al, }
            Defendants  }

**Plaintiffs request the Court to Grant power of Attorney.**

Plaintiffs Esther E.Mutonyi-Simera (hereafter "Mutonyi-Simera") and Samuel Mwabira-Simera (hereafter Plaintiff "Mwabira-Simera") humbly inform this honorable Court that they have not been lucky enough to obtain the services of any counsel against Sodexho Marriott Management Services (hereafter Sodexho") and will proceed as pro so litigants until the court appoints a counsel to represent them. Plaintiff Mutonyi-Simera kindly requests the honorable court to grant the Power of attorney to Deaconess (Mrs.) Olivia I. Simera (hereafter "Simera ") and co-plaintiff Mwabira-Simera, in representing her in all matters, discoveries, depositions, and other matters related to this captioned case. see. *McNeyer v. Archer Daniels Midland Co.* D.C.N.Y 1995, 164 F.R.D., 584 and *Walters v. Martin County*, C.A. 11th, 1993, 9F.3d 924. The power of attorney is hereby attached.

Wherefore Plaintiffs respectively requests this honorable court to grant this request.

Respectfully Submitted

_____
Samuel H.Mwabira-Simera
Also with Olivia I.Simera
Representing
Esther E.Mutonyi-Simera
P.O.Box 1405
(202)-635-0595
Co-Plaintiff

RECEIVED
JUL 17 2007
NANCY MAYER WHITTINGTON
U.S. DISTRICT COURT

RECEIVED
JUL 1 7 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

## POWER OF ATTORNEY:

I, Esther Mutonyi-Simera, do hereby give power of attorney to Mr. Samuel H. Mwabira-Simera, and Mrs. Olivia I. Simera who is my mother and of the age of majority.

I, Esther Mutonyi-Simera, do herby grant Mwabira-Simera and Mrs. Olivia I. Simera the authority to discuss any and all academic, administrative, and medical records with Sodexho on my behalf.

I, Samuel H. Mwabira-Simera, do hereby grant Mrs. Olivia I. Simera permission to attend any and all meetings and Hearings concerning all my matters with Sodexho and to represent me in any and all matters.

Respectfully submitted,

_____          07/10/07
Esther Mutonyi-Simera                    Date

_____          07/10/07
Samuel H. Mwabira-Simera                 Date

_____          07/10/07
Mrs. Olivia I. Simera                    Date

CERTIFICATE OF SERVICE

I hereby certify that the motion to US DC Court to Plaintiffs to proceed as pro so litigants until the court appoints a counsel to represent them was mailed by Process Server on 07/10/2007 to Defendants Todd Horn, and David R. Warner, esq. Venable LL.P, 575 7th Street N.W., Washington, D.C. 20004